IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ALLEN ALPHONZO ADAMS, | : |
| Petitioner | : |
| VS. | : Civil No. 5:13-cv-0225-MTT-CHW |
| BRUCE CHAPMAN, | : |
| Respondent | : |

## ORDER

Petitioner Allen Alphonzo Adams seeks to appeal this Court's dismissal of his Petition for Writ of Habeas Corpus and has filed a Motion for Leave to Proceed *in forma pauperis* on Appeal (Doc. 24). Petitioner's Motion is **DENIED** as **MOOT**, as he has been denied a Certificate of Appealability. *See* Order, April 28, 2014 (Doc. 20).

**SO ORDERED**, this 23rd day of May, 2014.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

jlr

1